IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| ROSE MARIE E. WHEELER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. <u>JFM-00-cv-2922</u> |
| ) | |
| DEPARTMENT OF THE TREASURY- ) | |
| INTERNAL REVENUE SERVICE ) | |
| ) | |
| Defendant. ) | |

<u>ORDER</u>

AND NOW THIS ___3rd___ OF ___Nov.___,
2000, IT IS HEREBY ORDERED that the United States' Motion for an Enlargement of Time to November 30, 2000 is GRANTED.

It is further ORDERED that the United States shall file a response by November 30, 2000 on behalf of Department of the Treasury-Internal Revenue Service.

UNITED STATES DISTRICT JUDGE

Copies to:

Dara B. Oliphant
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044

Rose Marie E. Wheeler
8001 West End Drive
Baltimore, MD 21226

