IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

ROSE MARIE E. WHEELER          )
                               )
          Plaintiff,           )
                               )
     v.                        )  Case No.  JFM-00-cv-2922
                               )
DEPARTMENT OF THE TREASURY-    )
INTERNAL REVENUE SERVICE       )
                               )
          Defendant.           )

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.


Respectfully submitted,


_____          _____
CHRISTOPHER LORD                 DARA B. OLIPHANT
Attorney for Plaintiff           Attorney for Defendant
Whiteford, Taylor & Preston      Tax Division
7 St. Paul Street                U.S. Department of Justice
Baltimore, MD 21202              Post Office Box 227
(410) 347-8700                   Ben Franklin Station
                                 Washington, D.C.  20044
                                 (202) 616-9785